# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Hammond Division

In Re: Debtor(s) (name(s) and address)  
Bunny E LePell  
xxx–xx–1276  
116 S. Lake Park Ave.  
Hobart, IN 46342  

Case Number: 10–25745–kl

Chapter: 13

## NOTICE REGARDING DEFECTIVE TRANSFER OF CLAIM

On October 15, 2012, Ocwen Loan Servicing LLC filed a transfer of claim which indicates that BAC Home Loans Servicing LP has transferred its previously–filed claim against the debtor to Ocwen Loan Servicing LLC.

The parties are notified that:

- ☐ The alleged transferor has no proof of claim on file in this case.
- ☑ The transfer of claim does not provide evidence of the transfer.
- ☐ The transfer of claim does not clearly identify which claim on the claims register is the subject of the transfer.

As a result of the foregoing, the transferee shall not be substituted in the place and stead of the original claimant unless and until the deficiencies are corrected. (*See* Director's Procedural Form 210A)

Dated at Hammond, Indiana, on October 16, 2012 .

Christopher M. DeToro  
_____  
Clerk, United States Bankruptcy Court  
5400 Federal Plaza  
Hammond, Indiana 46320

Document No. 33 – 32