Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Bunny E LePell |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Indiana (Hammond Division) |
| Case number | 10-25745 |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2007-E

**Last 4 digits** of any number you use to identify the debtor's account: 0221

**Court claim no.** (if known): _____

**Date of payment change:**
Must be at least 21 days after date of this notice: 02/25/2016

**New total payment:**
Principal, interest, and escrow, if any: $30.30

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:
_____

Current escrow payment: _____    New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No

☑ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:
_____

| | | | |
|---|---|---|---|
| Current interest rate: | 4.25% | New interest rate: | 4.5% |
| Current principal and interest payment: | $28.70 | New principal and interest payment: | $30.30 |

767974-4c7dc793-402e-4c48-84fc-744a36848ebf-

### Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____   New mortgage payment: _____

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _/s/ Tiffany Darden_           Date 02/01/2016
Tiffany Darden
Assistant Vice President

Print: Tiffany Darden                     Title  Assistant Vice President

Company  Bank of America, N.A.           Specific Contact Information:
Address  2380 Performance Dr.            Phone: 214-209-5158
         Richardson, TX 75082            Email: tiffany.darden@bankofamerica.com

767974-4c7dc793-402e-4c48-84fc-744a36848ebf-

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana (Hammond Division)

In re:  
Bunny E LePell

Chapter 13 No. 10-25745  
Judge: Kent Lindquist

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on February 01, 2016, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:  
Bunny E LePell  
116 S. Lake Park Ave.  
Hobart, IN 46342

Debtor's Attorney:  
Dan L. Whitten  
Attorney at Law  
6183 Central Ave  
Portage, IN 46368

Trustee:  
Paul R. Chael  
401 West 84th Drive  
Suite C  
Merrillville, IN 46410

/s/ Frances Bell  
4 S Technologies, LLC  
(as authorized agent for Bank of America, N.A.)

200 Sheffield St., Suite 101  
Mountainside, NJ 07092  
(908) 588-9650  
franbell@4stechnologies.com

767974-1b262678-8d18-4076-8406-3fe5441021c9-

**Bank of America**
**Home Loans**

Customer Service
PO Box 31785
Tampa, FL 33631-3785

Post-Petition Billing Cycle/
Statement Period
01/01/2016 - 01/31/2016

1 of 8

**Account Number** ███

Property Address
116 S LAKE PARK AVE

0110387 02 AT 0.413 **AUTO T4 0 0250 46342-432816  -C01-P10507-I1
H HX AG .76..2.........B B13 DT001
BUNNY E LEPELL
116 S LAKE PARK AVE
HOBART IN  46342-4328

## FOR INFORMATION PURPOSES

### IMPORTANT NOTICE

This informational notice is being sent to the following borrowers at the address set forth above in reference to their Chapter 13 bankruptcy case: BUNNY E LEPELL

**If You Are Currently a Debtor in a Bankruptcy**: This statement is being furnished for informational purposes only. It is intended to inform you of the post-petition amounts due on your account, any amounts charged to your account, and the funds applied to your account during your chapter 13 bankruptcy case. It should not be construed as an attempt to collect a debt or to modify the terms of your chapter 13 plan. Note that your chapter 13 plan may provide for the Trustee to pay amounts outstanding on your loan as of the date you filed your bankruptcy case or as otherwise provided in your chapter 13 plan. If your bankruptcy case is dismissed, converted to a chapter 7, or the automatic stay is lifted prior to the completion of payments due under your chapter 13 plan, these cure amounts will remain due and owing to the extent that they have not been paid. If you are unable to complete your chapter 13 plan, Bank of America, N.A. retains its rights to collect any amounts outstanding against the property securing your loan.

This is not a statement of the amount necessary to pay off your loan.

**ACCOUNT SUMMARY**

| Loan Summary | |
|---|---|
| Unpaid Principal Balance | $7,950.05 |
| Average Daily Balance | $7,950.05 |
| Corresponding **ANNUAL PERCENTAGE RATE** | 4.5000% |
| Daily Periodic Rate | 0.01230% |
| Historical **ANNUAL PERCENTAGE RATE** | 4.5000% |
| Days$_{(1)}$ in Cycle | 31 |
| **FINANCE**$_{(1)}$ **CHARGE** | $30.30 |

| Payment Details$_{(1)}$ | |
|---|---|
| Periodic **FINANCE CHARGE** | $30.30 |
| Post Petition Amounts Unpaid | * |
| Minimum$_{(1)}$ Payment Due: 02/25/2016 | $30.30 |
| Fees Incurred This Period$_{(2)}$ | $0.00 |
| Outstanding Fee Balance Unpaid$_{(2)}$ | $0.00 |

(see next page for transaction details)

(1) The references are to account details after (post-petition) you file your bankruptcy petition.
(2) Fees and other charges identified in the Transaction Details are not included in either the Fees Incurred This Period or Outstanding Fee Balance Unpaid.
All post-petition fees remain subject to review by Bank of America, N.A. To the extent that Bank of America, N.A. intends to collect fees incurred during the bankruptcy case from you, the fees will be included on a Post-Petition Fee Notice filed with the bankruptcy court. To the extent that the Outstanding Fee Balance shown above includes any fees that are included in a proof of claim, those fees will be recovered pursuant to the terms of your chapter 13 plan.
*Post Petition Amounts Unpaid: For a breakdown of your prepetition and post petition amounts unpaid, please call 1.800.669.5224.

---

Account Number ███ (1)
BUNNY E LEPELL
116 S LAKE PARK AVE

**HOME EQUITY LOAN**

Minimum$_{(1)}$ Payment Due    Feb 25, 2016    $30.30

**HOW TO MAKE A PAYMENT**
1. Please
   • Don't send cash
   • Don't staple your check to the payment coupon
   • Don't include correspondence
   • Include coupon with payment
2. Write your account number on your check or money order.
3. Make your check payable to
   **Bank of America, N.A.**
   PO Box 650225
   Dallas, TX 75265-0225

SEE OTHER SIDE FOR IMPORTANT INFORMATION    0250

Bank of America, N.A.
PO BOX 650225
DALLAS, TX 75265-0225

Additional Principal

N/A

Total Amount Enclosed

**FOR INFORMATION PURPOSES**

### TRANSACTION DETAILS (2)

| Post Date | Transaction Date | Description | Loan Advances/Debits | Payments/Credit | Balance |
|---|---|---|---|---|---|
| 01/01/2016 | 01/01/2016 | PREVIOUS BALANCE | | | $8,022.69 |
| 01/15/2016 | 01/12/2016 | CASH RECEIPTS | | $27.77 | $7,994.92 |
| 01/31/2016 | 01/31/2016 | PERIODIC* FINANCE CHARGE* | $30.30 | | $8,025.22 |
| | | **New Balance as of 01/31/2016 | | | $8,025.22 |

**Note: The amount needed to pay off your loan may be different than the New Balance due to daily accrual of finance charges and the posting of transactions after the statement closing date (the last day in the statement period). For payoff information, please call Customer Service at 1.800.669.5864.

(2) Please see footnote (2) on page 1.

Your payment has changed by $1.60 due to:
Payment Adjustment

**NOTE:** For information on fee transactions, please see **Summary of Fees**.

### CREDIT DISCLOSURE STATEMENT

**Finance Charges**
We figure the finance charge on your account by applying the periodic rate to the "average daily balance" of your account (including current transactions). To get the "average daily balance" we take the beginning balance of your account each day, add any new purchases/advances/fees, and subtract any payments or credits. This gives us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance."

**Variable Rate**
Your account has a variable rate and the periodic rate may change.

**Billing Rights Summary**
**In Case of Errors or Questions About Your Bill.**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on your bill within the "**To Contact Us**" section appearing in this bill under the "**Send Billing Error Notices to:**" heading as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared.

You can telephone us, but doing so will not preserve your rights.
In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount in question.

 Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2016 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.

Account Number ▆▆▆▆▆
E-mail use: Providing your E-mail address(es) below will allow us to send you information on your account
BUNNY E LEPELL
E-mail address

E-mail address

**Bank of America**
Home Loans

**Account Number** ▮
Property Address
116 S LAKE PARK AVE

Post-Petition Billing Cycle/
Statement Period
01/01/2016 - 01/31/2016

3 of 8

## FOR INFORMATION PURPOSES

**TO CONTACT US**

**For up-to-the-minute information about your account,** please call **1.800.669.5864**, Monday-Friday 7a.m. to 7p.m. Local Time. *Se habla español.*
TDD 1.800.300.6407

**Please have your account number available when you call.**

Calls may be monitored or recorded to ensure quality service.

**Send Billing Error Notices to:**
Attention: Billing Error Notices
PO Box 941657
Simi Valley, CA 93094-1657

**Send your payments to:** PO Box 650225, Dallas, TX 75265-0225

*****Overnight deliveries** Retail Payment Services, TX1-160-06-01, Dallas InfoMart, STE 6020, 1950 N Stemmons FWY, Dallas, TX 75207-3134

**Our website** bankofamerica.com

*The facility at this address does not accept walk-up payments, it accepts overnight mail only. Payments can be made by Phone, Online, Mail or at Bank of America Financial Centers.

**Bank of America**
**Home Loans**

**FOR INFORMATION PURPOSES**

*Account activity for reporting period 01/01/2016 through 01/31/2016*

## ADDITIONAL INFORMATION

Information presented here is as of 01/31/2016

| | |
|---|---|
| Next payment due amount | $0.00 |
| Total Post-Petition arrears amount | $0.00 |
| Funds held in suspense-loan partial | $0.00 |

## SUMMARY OF FEES

### FEE ACTIVITY

| Date | Description | Debit | Credit |
|---|---|---|---|
| There was no activity on your account for the period covered in this statement. | | | |
| | Total Fees For This Period | | $0.00 |

### OUTSTANDING FEE SUMMARY

Outstanding Fee Balances as of 01/31/2016

| Description | Balance |
|---|---|
| There was no activity on your account for the period covered in this statement. | |
| Total Outstanding Fees Unpaid | $0.00 |

Fees and other charges identified in the Transaction Details are not included in the Outstanding Fee Summary above.
All post-petition fees remain subject to review by Bank of America, N.A. To the extent that Bank of America, N.A. intends to collect fees incurred during the bankruptcy case from the Borrower, the fees will be included on a Post-Petition Fee Notice pursuant to Rule 3002.1 of the Bankruptcy Rules. To the extent that the Outstanding Fees shown above include any fees that are included on a proof of claim, those fees will be recovered pursuant to the bankruptcy plan. If your bankruptcy case is dismissed, converted to chapter 7, or the automatic stay is lifted prior to your completion of the payments under your bankruptcy plan, you will remain responsible for these amounts to the extent that they have not been paid under the bankruptcy plan.

Bank of America, N.A. Member FDIC. Equal Housing Lender. © 2016 Bank of America Corporation. Trademarks are the property of Bank of America Corporation. All rights reserved.



**Bank of America**
**Home Loans**

**Account Number** ▮▮▮▮▮▮
Property Address
116 S LAKE PARK AVE

Post-Petition Billing Cycle/
Statement Period
01/01/2016 - 01/31/2016

7 of 8

### FOR INFORMATION PURPOSES

### †OTHER IMPORTANT INFORMATION

**Avoid Late Payments** - Make your payment on or before the due date specified in your loan documents. If you don't have a payment coupon, write your account number on your check or money order and submit it promptly to ensure we receive your payment before a late charge becomes due. The payment address is located under To Contact Us.

**Additional Amounts** - Any full periodic payment that is received and accepted will be applied to the longest outstanding periodic payment due, unless otherwise expressly prohibited or limited by your loan documents, the owner/insurer/guarantor of your loan or applicable law. Payments will be applied as described in your loan documents, including any modifications to the original documents. If your loan is current, please specify how you want any additional amounts you pay to be applied to your account. If you do not specify, subject to your loan documents and applicable bankruptcy law, additional amounts will first be applied to fees noticed to the bankruptcy court or other amounts owed on your account and the remainder applied as a principal reduction. If we are unable to apply additional amounts to your account as you specify, we may return the funds to you.

**Cramdown** - If the secured portion of your loan was reduced to the value of the property, known as "cramdown", in a bankruptcy reorganization case, this statement may reflect the terms of the order allowing the cramdown. If that order was contingent upon discharge and you do not receive a discharge of the underlying debt, the contractual terms of your loan will be reinstated and will be reflected in future statements.

**Payment** - We will credit your account the same day we receive your payment if received on a banking day (not including Saturday) by 5 p.m. in the time zone where the payment is to be mailed and addressed as shown in the payment coupon.

Postdated checks will be processed on the date received unless an authorized representative agrees to honor the date written on the check as a condition of a repayment plan.

We may charge you a fee (of up to $40.00) for any payment returned or rejected by your financial institution, subject to the requirements of your loan documents and applicable law. In addition, there may be fees for certain services related to the servicing of your loan, which such fees are either listed on our website or will be quoted upon request. All fees are subject to change without prior notice.

**Bank of America, N.A. is required by law to inform you that this communication is from a debt collector.**