UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE                                              )
                                                   )
Bunny E. LePell                                    )   CASE NO. 10-25745
                        Debtor(s)                  )
                                                   )
                                                   )
                                                   )

**VERIFIED MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE**

Come now, by counsel, Debtor, Bunny E. LePell, and, pursuant to 28 U.S.C. 1328(a).

moves the Court for entry of a discharge in this Chapter 13 case.  In support thereof states as

follows:

1.      All payments required by the Chapter 13 confirmed plan, whether made to the

Chapter 13 Trustee or made directly to the Creditors have been completed.

2.      I am not required to pay a domestic support obligation, as defined by 11 USC

101(14A).

3.      I did not receive a discharge under Chapter 7, 11 or 12 of the United States

Bankruptcy Code during the four years prior to the date of the order for relief under Chapter 13

in this case.

4.      I did not receive a discharge in a case filed under Chapter 13 of the United States

Bankruptcy Code during the two years prior to the date of the order for relief under Chapter 13 in

this case.

5.      After filing the Petition in this case, I completed a course concerning personal

financial management, and a copy of the certificate of completion of that course has been filed

with the Court.

6.      There is no proceeding pending in which I might be found guilty of a felony of

the kind described in 11 USC 522(q)(1)(A), or liable for a debt of the kind described in 11USC

522(q)(1)(B), and there is no reason to believe that 11USC 522(q)(1) might apply to me.


WHEREFORE, I respectfully request that, following notice and opportunity for a

hearing, the court enter a discharge pursuant to 28 USC 1328(a).

I certify under the penalty of perjury, that the foregoing are true and accurate.


_Bunny E. Lihee_
Debtor


Dated: _1-4-16_


/s/ Dan L. Whitten
Dan L. Whitten
Attorney for the Debtors
6183 Central Ave
Portage Indiana 46368
219-763-6012
Facsimile  866-372-9526