1234-3B-EPIE3B-00181916-177613

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

In re: BUNNY E. LEPELL                                                                   Case No.: 10-25745   KL

       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

PAUL CHAEL, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  12/23/2010.
2) The plan was confirmed on  03/08/2011.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was completed on  12/28/2015.
6) Number of months from filing or conversion to last payment:  60.
7) Number of months case was pending:  63.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  NA.
10) Amount of unsecured claims discharged without full payment:  17,358.39.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor: | $72,894.00 | |
| Less amount refunded to debtor: | $106.00 | |
| **NET RECEIPTS:** | | $72,788.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through The Plan: | $1,900.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $1,982.07 | |
| Other: | $47.50 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,929.57 |

Attorney fees paid and disclosed by debtor:       $900.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SRVCNG LP | Secured | 29,065.75 | NA | NA | .00 | .00 |
| BANK OF AMERICA, N.A. | Secured | 8,151.00 | 9,999,999.99 | 1,791.22 | 1,791.22 | .00 |
| FIFTH THIRD BANK | Unsecured | 1,926.00 | 1,680.16 | 1,680.16 | 206.28 | .00 |
| FIRST NATIONAL BANK OF OMAHA | Unsecured | 10,838.00 | 11,275.42 | 11,275.42 | 1,384.83 | .00 |
| HSBC BANK | Unsecured | 517.00 | NA | NA | .00 | .00 |
| IND DEPT OF REV | Priority | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | .00 | .00 |
| LAKESHORE ANESTHESIA  PC | Unsecured | 300.00 | NA | NA | .00 | .00 |
| LAKESHORE SURGICARE | Unsecured | 1,500.00 | 1,500.00 | 1,500.00 | 184.74 | .00 |
| OCWEN LOAN | Secured | 107,494.00 | 9,999,999.99 | 48,822.40 | 48,822.40 | .00 |
| OCWEN LOAN | Secured | NA | 117.20 | 117.20 | 117.20 | .00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 3,920.00 | 4,402.13 | 4,402.13 | 540.47 | .00 |
| SALLIE MAE | Unsecured | 5,429.21 | 4,457.30 | 4,457.30 | 547.25 | .00 |
| TD AUTO FINANCE LLC | Secured | 14,000.00 | 13,784.82 | 13,784.82 | 13,784.82 | 1,479.22 |

1234-3B-EPIE3B-00181916-177613

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

In re:  BUNNY E. LEPELL                                                                 Case No.: 10-25745  KL

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THE ASNY CO LLC | Secured | NA | NA | NA | .00 | .00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | 50,613.62 | 50,613.62 | .00 |
| Mortgage Arrearage: | 117.20 | 117.20 | .00 |
| Debt Secured by Vehicle: | 13,784.82 | 13,784.82 | 1,479.22 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 64,515.64 | 64,515.64 | 1,479.22 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 23,315.01 | 2,863.57 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $3,929.57 |
| Disbursements to Creditors: | $68,858.43 |
| **TOTAL DISBURSEMENTS:** | $72,788.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:   03/01/2016                                         By:   /s/PAUL CHAEL
                                                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

1234-3B-EPIE3BCT-00181916-355733

IN RE:                                                      CASE NO:
BUNNY E. LEPELL                            10-25745   KL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on the date noted below, to the debtor, attorney for the debtor, and the United States Trustee.

Date: March 22, 2016                                  /s/PAUL CHAEL
                                                                              PAUL CHAEL